PETER S. DICKINSON (SBN 139495)
pdickinson@BushGottlieb.com
ERICA DEUTSCH (SBN 204427)
edeutsch@BushGottlieb.com
PAMELA D. CHANDRAN (SBN 250827)
pchandran@BushGottlieb.com
BUSH GOTTLIEB SINGER LÓPEZ
KOHANSKI ADELSTEIN & DICKINSON
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California  91203-3345
Telephone:  (818) 973-3200
Facsimile:  (818) 973-3201

Attorneys for Directors of the Motion
Picture Industry Pension Plan and
Directors of the Motion Picture Industry
Health Plan

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN and DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>BLACK WATCH PRODUCTIONS, INC., a New York Corporation,<br><br>Defendant. | **CASE NO. 2:10-cv-05932-JHN -Ex**<br><br>**JUDGMENT**<br><br>**Judge: Jacqueline H. Nguyen** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs Directors of the Motion Picture Industry Pension Plan and Directors of the Motion Picture Industry Health Plan shall recover from Defendant Black Watch Productions, Inc., a New York corporation, the sum of $4,508.40 for audit costs, $4,609.29 in attorneys' fees and costs, for an aggregate total of $9,117.69.

DATED: March 24, 2011            By: _____
                                       Hon. Jacqueline H. Nguyen

244080.1  11011-20011                                     CASE NO. 10-CV-05932-JHN (Ex)

[PROPOSED] JUDGMENT